PETE HACKNEY V. THE STATE.

No. 16683. Delivered February 14, 1934.
Reported in 68 S. W. (2d) 495.

The opinion states the case.

*R. A. Wilson* and *Reynold M. Gardner*, both of Amarillo, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before us without statement of facts and bills of exception.

In the absence of the evidence the matters presented in the motion for new trial cannot be appraised.

We have perceived no error in the procedure which would justify a reversal of the judgment. It is therefore affirmed.

*Affirmed.*